IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CV-120-FL

| | | |
|---|---|---|
| ILA BROOKE CAUDILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OPTIMUM OUTCOMES, INC. and | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the unopposed motion (D.E. 29) by defendant Optimum Outcomes, Inc. to excuse from attendance at the settlement conference herein set for 29 July 2015 its local counsel, Camden Webb. For good cause shown, the motion is ALLOWED and the in-person attendance of Mr. Webb is excused. Nothing herein excuses counsel of record for defendant, Matthew Rosenkoff, from attending the conference in person, and he shall do so.

SO ORDERED, this 20 day of July 2015.

James E. Gates
United States Magistrate Judge